

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00921-CV

**IN RE** Maryvel **SUDAY**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: December 6, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Maryvel Suday petitions this court for a writ of mandamus. After considering the petition, the response from real party in interest Jesus L. Suday, and all exhibits filed by both parties, this court concludes relator has not shown herself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).[2]

PER CURIAM

---

[1] This proceeding arises out of Cause No. 3625CCL, styled *Jesus L. Suday v. Olga Tamez de Suday*, pending in the County Court, Val Verde County, Texas, the Honorable Stephen B. Ables presiding.
[2] "Relator's Motion for Emergency Relief Pending a Ruling on Petition for Writ of Mandamus" is denied.